IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID PAUL BRENNAN                                           PLAINTIFF

v.                          No. 4:14-cv-394-DPM-JTR

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                 DEFENDANT

### ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 April 2015