# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID PAUL BRENNAN                                          PLAINTIFF

v.                             No. 4:14-cv-394-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court affirms the Commissioner's decision.

*(signature)*
D.P. Marshall Jr.
United States District Judge

15 April 2015